# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANIEL HOBDY

NO. 2019 KW 1302

DEC 2 3 2019

---

In Re:    Daniel Hobdy, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 09-18-0041.

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

   WRIT DENIED.

                         TMH
                         AHP
                         WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT